Investigation Report, and (2) applying the guideline applicable to the closest "analogous offense." rather than relating back to the charge of criminal contempt.

We have reviewed all the applicable law and facts as revealed by the record on appeal and the briefs of the parties, and are convinced that the district court committed no reversible error. The judgment of the district court is, in all regards,

AFFIRMED.

Before HIGGINBOTHAM, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is AFFIRMED for essentially the reasons provided in its order granting summary judgment.[1] *See* 5TH CIR. R. 47.6.

**Tom HEANEY, Plaintiff–Appellant**

v.

**PRUDENTIAL REAL ESTATE AFFILIATES, INC.; Prudential Insurance Company of America; GBS Properties LLC, doing business as Prudential Gardner Realtors, Defendants–Appellees.**

No. 08–30714.

United States Court of Appeals, Fifth Circuit.

July 10, 2009.

Jack Anthony Ricci, Ricci & Giepert, New Orleans, LA, for Defendants–Appellees.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jose ANTUNES–AGUIRRE, Defendant–Appellant.**

No. 07–10631
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 14, 2009.

John E. Kull, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

James G. Walker, Dallas, TX, Federal Correctional Institution Seagoville, Seagoville, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. We are satisfied that the plaintiff exhausted his administrative remedies under the Sarbanes Oxley Act and thus that the district court had jurisdiction over the matter. *See Heaney v. GBS Properties LLC d/b/a Prudential Gardner Real.,* ARB Case No. 05–039, 2005 WL 4888985 (ARB May 19, 2005).